IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY KUSH, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case No. 2:24-cv-00564-RJS-JCB |
| EVAN J. VICKERS, et al., | Chief District Judge Robert J. Shelby |
| Defendants. | Magistrate Judge Jared C. Bennett |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

SO ORDERED this 15th day of August 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge